# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

DEBORAH J. MERRIMAN,　　　　　)
　　　　　　　　　　　　　　　　)
　　　Plaintiff,　　　　　　　　)
　　　　　　　　　　　　　　　　)
vs.　　　　　　　　　　　　　　 )　Case No. CIV-10-0233-F
　　　　　　　　　　　　　　　　)
MICHAEL J. ASTRUE,　　　　　　 )
　　　　　　　　　　　　　　　　)
　　　Defendant.　　　　　　　　)

## **ORDER**

Plaintiff seeks judicial review pursuant to 42 U.S.C. § 405(g), of the final decision of the defendant Commissioner, denying plaintiff's applications for disability insurance and supplemental security income benefits under The Social Security Act. Magistrate Judge Bana Roberts issued a Report and Recommendation on February 22, 2011, recommending that the Commissioner's decision be affirmed. (Doc. no. 22.) The Report advised the parties of their right to file an objection to the Report on or before March 14, 2011, and advised that failure to timely object would waive appellate review of both factual and legal issues contained in the Report. No objection has been filed, and no request for an extension of time within which to file an objection has been filed.

With no objection filed, and having reviewed the Report, the record, and the relevant arguments and authorities, the court finds that no purpose would be served by any additional analysis here, and that the Report should be adopted in its entirety.

Accordingly, the court **ACCEPTS**, **AFFIRMS** and **ADOPTS** the findings and recommendations of Magistrate Judge Roberts as stated in her Report and Recommendation. The Commissioner's decision is **AFFIRMED**.

Dated this 15th day of March, 2011.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

10-0233p002.wpd